# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | NO. CV 11-5372 JAK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 6, 2011.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE